**Daniel J. WILLIS, Plaintiff–Appellant,**

v.

**TOWN OF TRENTON and its Officials; Mayor Darlene Spivey; Danny Blackwell; Robert Horvath; Charles C. Jones, Jr., Council Member; Glenn Spivey, Town Clerk and Jones County School Board and Its Members; Michael Bracey, Superintendent; Billy Griffin; Charles Gray; Mary Hall; Barry Jones; Larry Walston; Luvenia Foster, Administrative Assistant and Liaison Officer as Board Members; Jones County Board of Commissioners; Franky Howard, County Manager; Frank Emory, Chairman; W. Michael Haddock; Sondra Riggs; Joseph Wiggins; Zack Koonce, III, Commissioner; Jennifer King, Clerk to the Board, and/or their Successors, Defendants–Appellees.**

**No. 13–1863.**

United States Court of Appeals, Fourth Circuit.

Submitted: Oct. 22, 2013.
Decided: Oct. 24, 2013.

Daniel Johnson Willis, Appellant, Pro Se. Kathleen Tanner Kennedy, Tharrington Smith LLP, Raleigh, North Carolina, for Appellees.

Before WILKINSON, NIEMEYER, and THACKER, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Daniel Johnson Willis appeals the district court's order denying authorization to file his 42 U.S.C. § 1983 (2006) complaint. Willis is required to file a motion for leave to file a complaint under a pre-filing injunction imposed by this court and the district court. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Willis v. Town of Trenton,* No. 4:13–mc–00004–H (E.D.N.C. June 18, 2013). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*